No. 75–489. SPERBERG v. GOODYEAR TIRE & RUBBER Co. ET AL. C. A. 6th Cir. Certiorari denied.

No. 75–494. OVERSEAS MOTORS, INC. v. IMPORT MOTORS LTD., INC., ET AL. C. A. 6th Cir. Certiorari denied.

No. 75–535. PANDUIT CORP. v. BURNDY CORP. ET AL. C. A. 7th Cir. Certiorari denied.

No. 75–5109. HOOD v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 75–5122. HOOK v. VERNI ET AL. C. A. 2d Cir. Certiorari denied.

No. 75–5167. WILLIAMS v. ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 75–5191. WENDEL v. LEVI, ATTORNEY GENERAL, ET AL. C. A. 9th Cir. Certiorari denied.

No. 75–5242. ALLEN ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 75–5284. WRIGLEY v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 75–5292. EATHERTON v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 75–5293. FARMER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 75–5310. DE LA FUENTE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.